COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-08-408-CV

JOHN WAYNE JENKINS APPELLANT

V.

KIM LEE JENKINS APPELLEE

----------

FROM THE 231ST DISTRICT COURT 
OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

On May 8, 2009, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  
Tex. R. App. P.
 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension.  
See
 Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3.  We have not received any response.

Because appellant’s brief has not been filed, we dismiss the appeal for want of prosecution.  
See
 
Tex. R. App. P.
 38.8(a), 42.3(b), 43.2(f).

PER CURIAM 

PANEL:  MCCOY, J.; CAYCE, C.J.; and MEIER, J.  

DELIVERED:  June 4, 2009  

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4.